# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Laurie Fuentes

                                              Plaintiff,

v.                                                                   Case No.: 1:23−cv−00971

                                                                          Honorable Edmond E. Chang

Northeast Illinois Regional Commuter Railroad Corporation, d/b/a Metra, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties' stipulation of dismissal [63], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed without prejudice, with each party to bear its own costs and fees. The dismissal will convert to a dismissal with prejudice, without further action by the Court, within 5 days following confirmation from the Railroad Retirement Board that the service credits referenced in the Settlement Agreement and Release signed by the Plaintiff and Metra have been applied. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 03/08/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.